■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CARDELL, Appellant. [758 NYS2d 831] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered December 20, 2000, convicting him of murder in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On the facts presented, the imposition of consecutive terms of imprisonment was legal (*see* Penal Law § 70.25 [2]; *People v Laureano,* 87 NY2d 640 [1996]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J.P., Smith, Goldstein and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE CHAMBERS, Appellant. [758 NYS2d 832] —Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered May 11, 2001, convicting him of attempted promoting prison contraband in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Ritter, J.P., Feuerstein, McGinity, Townes and Cozier, JJ., concur.